# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **MARIA CUELLAR, and EMMA STEWART,** *on behalf of themselves and others similarly situated*, | § § § § | CIVIL ACTION NO. 4:19-cv-00922 |
| | | CLASS ACTION COMPLAINT |
| *Plaintiffs,* | § § | |
| v. | § § | Jury Trial Demanded |
| **ALLIED INTERSTATE, LLC,** | § § § | |
| *Defendant.* | § | |

## DEFENDANT ALLIED INTERSTATE, LLC'S
## MOTION TO STRIKE CLASS ALLEGATIONS

Pursuant to Federal Rules of Civil Procedure 12(f), 23(c)(1)(A) and 23(d)(1)(D), Defendant Allied Interstate, LLC ("Allied") hereby moves to strike Plaintiffs Maria Cuellar and Emma Stewart's ("Plaintiffs") class allegations.

A memorandum in support of this motion is being filed contemporaneously with this motion.

DATED and FILED on May 8, 2019.

Respectfully submitted,

*/s/ Eric J. Troutman*
Eric J. Troutman, Attorney-In-Charge
Admitted *Pro Hac Vice*
SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Telephone: (213) 689-6510
Facsimile: (213) 623-4581
E-Mail: eric.troutman@squirepb.com

OF COUNSEL:

Petrina A. McDaniel
Admitted *Pro Hac Vice*
SQUIRE PATTON BOGGS (US) LLP
1230 Peachtree Street Northeast, Suite 1700
Atlanta, Georgia 30309
Telephone: (678) 272-3207
Facsimile: (678) 272-3211
E-Mail:  petrina.mcdaniel@squirepb.com

Shing C. Tse
Texas State Bar No. 24102582
S.D. No.  3123086
SQUIRE PATTON BOGGS (US) LLP
6200 Chase Tower
600 Travis Street
Houston, Texas  77002-3000
Telephone: (713) 546-5850
Facsimile: (713) 546-5830
E-Mail:  Shing.Tse@squirepb.com

**ATTORNEYS FOR DEFENDANT
ALLIED INTERSTATE, LLC**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 8, 2019 I electronically filed the foregoing document with the Clerk of the Court using the ECF system for filing and served the following:

*Via ECF:*
Aaron D. Radbil
Greenwald Davidson Radbil PLLC
401 Congress Avenue, Suite 1540
Austin, Texas 78701

*Via ECF:*
Alexander D. Kruzyk
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, Florida 33431

*Attorneys for Plaintiff*

                */s/ Eric J. Troutman*
                Eric J. Troutman

Case 4:19-cv-00922   Document 20   Filed 05/08/19 in TXSD   Page 3 of 3