# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **MARIA CUELLAR, and EMMA STEWART,** *on behalf of themselves and others similarly situated*, | § § § | CIVIL ACTION NO. 4:19-cv-00922 |
| | § | CLASS ACTION COMPLAINT |
| *Plaintiffs,* | § § | |
| v. | § § | Jury Trial Demanded |
| **ALLIED INTERSTATE, LLC** | § § | |
| *Defendant.* | § § | |

## ORDER GRANTING DEFENDANT'S MOTION TO STRIKE CLASS ALLEGATIONS

After considering Defendant Allied Interstate, LLC's Motion to Strike Class Allegations, the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs' proposed TCPA class and FDCPA class are stricken.

SIGNED this ____ day of _____, 2019.

_____
PRESIDING JUDGE