UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA CUELLAR, LAURA MCBRIDE SAIRA SIDDIQUI, and EMMA STEWART, *on behalf of themselves and others similarly situated*, | ) ) ) ) ) | Case No. 4:19-cv-922 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ALLIED INTERSTATE, LLC | ) ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiffs and Defendant notify the Court that they have reached an agreement in principle to resolve this action. The parties respectfully request that the Court dismiss all pending motions as moot, vacate all pending deadlines, and provide the parties with 30 days to finalize settlement documents and file a stipulation of dismissal.

Dated: October 3, 2019

Respectfully submitted,

*/s/ Aaron D. Radbil*
Aaron D. Radbil
Greenwald Davidson Radbil PLLC
401 Congress Avenue, Suite 1540
Austin, Texas 78701
Phone: (512) 803-1578
Fax: (561) 961-5684
aradbil@gdrlawfirm.com

*Counsel for Plaintiffs*

AND

*/s/ Eric J. Troutman*
Eric J. Troutman
Admitted *Pro Hac Vice*
SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Telephone: (213) 689-6510
Facsimile: (213) 623-4581
E-Mail: eric.troutman@squirepb.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on October 3, 2019, the foregoing document was filed with the Court using CM/ECF, which will send notification of such to all counsel of record.

*/s/ Aaron D. Radbil*
Aaron D. Radbil