IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MARIA CUELLAR, LAURA MCBRIDE, SAIRA SIDDIQUI and EMMA STEWART,** *on behalf of themselves and others similarly situated*, | § § § § § | CIVIL ACTION NO. 4:19-cv-00922 |
| | § | CLASS ACTION COMPLAINT |
| *Plaintiffs,* | § § | |
| v. | § § | Jury Trial Demanded |
| **ALLIED INTERSTATE, LLC,** | § § § | |
| *Defendant.* | § | |

## JOINT STIPULATION OF DISMISSAL
## WITH PREJUDICE AS TO PLAINTIFFS' INDIVIDUAL CLAIMS AND WITHOUT PREJDUICE AS TO CLASS CLAIMS

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the above-captioned action is voluntarily dismissed with prejudice as to Plaintiffs Maria Cuellar, Laura McBride, Saira Siddiqui, and Emma Stewart's ("Plaintiffs") individual claims and without prejudice as to the class claims. Each party is to bear its own costs and attorneys' fees.

Dated: November 4, 2019

| | |
|---|---|
| */s/ Aaron D. Radbil* | */s/ Eric J. Troutman* |
| Aaron D. Radbil | Eric J. Troutman |
| Greenwald Davidson Radbil PLLC | Admitted *Pro Hac Vice* |
| 401 Congress Avenue, Suite 1540 | SQUIRE PATTON BOGGS (US) LLP |
| Austin, Texas 78701 | 555 South Flower Street, 31st Floor |
| Phone: (512) 803-1578 | Los Angeles, California 90071 |
| Fax: (561) 961-5684 | Telephone: (213) 689-6510 |
| aradbil@gdrlawfirm.com | Facsimile: (213) 623-4581 |
| | E-Mail:  eric.troutman@squirepb.com |
| Alexander D. Kruzyk (*pro hac vice*) | |
| Greenwald Davidson Radbil PLLC | Petrina A. McDaniel |
| 7601 N. Federal Highway | Admitted *Pro Hac Vice* |
| Suite A-230 | SQUIRE PATTON BOGGS (US) LLP |
| Boca Raton, FL 33487 | 1230 Peachtree Street Northeast, Suite 1700 |
| Tel: (561) 826-5477 | Atlanta, Georgia 30309 |
| Fax: (561) 961-5684 | Telephone: (678) 272-3207 |
| akruzyk@gdrlawfirm.com | Facsimile: (678) 272-3211 |
| | E-Mail:  petrina.mcdaniel@squirepb.com |
| **ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASSES** | |
| | Shing C. Tse |
| | Texas State Bar No. 24102582 |
| | S.D. No.  3123086 |
| | SQUIRE PATTON BOGGS (US) LLP |
| | 6200 Chase Tower |
| | 600 Travis Street |
| | Houston, Texas  77002-3000 |
| | Telephone: (713) 546-5850 |
| | Facsimile: (713) 546-5830 |
| | E-Mail:  Shing.Tse@squirepb.com |
| | |
| | **ATTORNEYS FOR DEFENDANT ALLIED INTERSTATE, LLC** |

## CERTIFICATE OF SERVICE

I certify that on November 4, 2019, the foregoing document was filed with the Court using CM/ECF, which will send notification of such to all counsel of record.

*/s/ Aaron D. Radbil*
Aaron D. Radbil